IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-CR-00023-MR-WCM

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) |   |
| vs. | ) | **O R D E R** |
|   | ) |   |
| EDWIN VALENTIN LLAVET, | ) |   |
|   | ) |   |
| Defendant. | ) |   |
|   | ) |   |

**THIS MATTER** is before the Court *sua sponte*.

To this date, the Defendant remains a fugitive with no recent activity taking place in the case. Accordingly, the Court finds that this case should be administratively closed as to the above-captioned Defendant.

**IT IS, THEREFORE, ORDERED** that this case is hereby administratively closed pending the apprehension or appearance of the above-captioned Defendant.

**IT IS SO ORDERED.**

Signed: April 18, 2022

Martin Reidinger
Chief United States District Judge